**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-2063**

_____

MARSHA E. WHEELER-CHRIST,

        Plaintiff – Appellant,

    v.

MONTGOMERY COUNTY MARYLAND,

        Defendant – Appellee,

    and

DEPARTMENT OF PUBLIC WORKS AND TRANSPORTATION DIVISION OF
CAPITAL DEVELOPMENT,

        Defendant.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District
Judge.  (8:06-cv-01925-AW)

_____

Submitted:  February 10, 2011    Decided:  February 16, 2011

_____

Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Marsha E. Wheeler-Christ, Appellant Pro Se. Karen Louise
Federman Henry, COUNTY ATTORNEY'S OFFICE, Rockville, Maryland,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marsha E. Wheeler-Christ seeks to appeal the district court's order dismissing her civil complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on August 13, 2010. The notice of appeal was filed on September 15, 2010, thirty-two days later. Because Wheeler-Christ failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We deny Wheeler-Christ's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3